UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------

| | |
|---|---|
| DIRECTORS OF THE OHIO CONFERENCE OF PLASTERERS & CEMENT MASONS COMBINED FUNDS, INC. : : : : : Plaintiff, : : vs. : : 21ST CENTURY CONCRETE CONSTRUCTION INC., : : : Defendant. : | CASE NO. 1:18-cv-2957 OPINION & ORDER [Related Doc. 16] |

------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

In this employee benefits case, the Court denied Plaintiff's motion for injunctive relief and stayed the case consistent with Judge Christopher Boyko's May 17, 2019 injunction in *Local 310 Trustees of the Building Laborers Pension Fund, et al. v. 21st Century Concrete Construction, Inc.*[1] On February 11, 2022, Judge Boyko partially lifted that stay.[2] As it appears that Defendant 21st Century Concrete Construction, Inc. remains without counsel, the Court **ORDERS** Plaintiff to file a status report by February 22, 2022, to advise the Court as to how Plaintiff intends to procced with this action.

IT IS SO ORDERED.

Dated: February 15, 2022           *s/      James S. Gwin*
                                   JAMES S. GWIN
                                   UNITED STATES DISTRICT JUDGE

---

[1] Doc. 16 (citing Order Appointing Receiver, 1:19-cv-764, No. 10 (N.D. Ohio May 17, 2019)).
[2] Order, 1:19-cv-764, No. 131 (N.D. Ohio Feb. 11, 2022).